City of Chicago, Appellee, v. Fred Walcher, Appellant.

Gen. No. 43,501.

Heard in the first division, first district, this court at the October term, 1945; opinion filed January 7, 1946; rehearing denied January 21, 1946; released for publication January 21, 1946. William J. Grace, for appellant; Barnet Hodes, Corporation Counsel, for appellee; J. Herzl Segal, Head of Appeals and Review Division, Michael L. Rosinia and L. Louis Karton, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.